UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED: 5-8-20               │
└─────────────────────────────────┘
```

---

NUMSP, LLC,

                              Plaintiff,

              v.                                    No. 20-CV-2916 (RA)

DAVID ST. ETIENNE, KENNETH A.                       ORDER
RAYMOND, DULYMUS "DEUCE"
MCALLISTER, AND PROTEK SOLUTIONS,
INC.,

                              Defendants.

---

RONNIE ABRAMS, United States District Judge:

        In light of the COVID-19 crisis, the Court will hold the hearing in this case scheduled for

May 14, 2020 at 3:00 p.m. by telephone.  The parties shall use the dial-in information provided

below to call in to the conference:

        Call-in Number: (888) 363-4749
        Access Code: 1015508

Counsel should also review and comply with the Court's Emergency Individual Rules and

Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Date:  May 8, 2020
        New York, New York

                                                    _____
                                                    RONNIE ABRAMS
                                                    United States District Judge