USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05-13-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMSP, LLC,

                Plaintiff,

    v.

DAVID ST. ETIENNE,

               Defendant.

20-CV-2916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By opinion dated May 22, 2020, the Court (1) granted Defendants' motion to dismiss as to Defendants Raymond, McAllister, and ProTek; (2) granted Defendant St. Etienne's motion to compel arbitration; (3) denied NuMSP's motion for a temporary restraining order and preliminary injunction. *See* Dkt. 49. The case was stayed pending resolution of the arbitration between NuMSP and St. Etienne. *Id*.

No later than May 27, 2021, the parties shall file a joint letter updating the Court on the status of this case, including whether it can now be closed.

SO ORDERED.

Dated:    May 13, 2021
            New York, New York

                                                          RONNIE ABRAMS
                                                          United States District Judge