USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMSP, LLC,

                Plaintiff,

      v.

DAVID ST. ETIENNE,

                Defendant.

20-CV-2916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court held a telephone conference in this matter on October 12, 2021, during which the parties were ordered to confer and file a joint letter updating the Court on the status of this litigation. To date, no such letter has been filed. The parties are directed to file a status update on or before December 15, 2021.

SO ORDERED.

Dated:   November 22, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge