USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NuMSP, LLC,

                Plaintiff,

v.

DAVID ST. ETIENNE,

                Defendant.

No. 20-CV-2916 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the status conference scheduled for today is hereby rescheduled for January 20, 2022 at 3:00 p.m.

    The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    January 13, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge