```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NuMSP, LLC,

                Plaintiff,

       v.

DAVID ST. ETIENNE,

                Defendant.

No. 20-CV-2916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Court's December 16, 2021 Order confirming the arbitration award, Docket 62, the Clerk of Court is respectfully directed to enter judgment consistent with that order, and award $753,603.63, plus post-judgment interest at the lawful rate from the date of the issuance of judgment, against David St. Etienne.

SO ORDERED.

Dated:    January 21, 2022
             New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge