**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NuMSP, LLC,

                    Plaintiff,                    20 **CIVIL** 2916 (RA)

        -v-                      **JUDGMENT**

DAVID ST. ETIENNE,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 16, 202, and Order dated, January 21, 2022, UTSI is hereby joined as a party to this action for the limited purpose of confirming the Amended Final Arbitration Award, which held that all of the claims asserted by and against UTSI were denied and dismissed by the Arbitrator. The Amended Final Arbitration Award Is hereby CONFIRMED in its entirety, in the amount of $753,603.63, plus post-judgment interest at the lawful rate from the date of the issuance of judgment against David St. Etienne.

**Dated:**  New York, New York
           January 21, 2022

                                              **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                       **BY:**
                                                         **Deputy Clerk**